UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. 25-129 NEB/ECW |
| Plaintiff, | **INDICTMENT** |
| v. | 18 U.S.C. § 2422(b) |
| | 18 U.S.C. § 2428(a) |
| ALEX MISAEL HUERTA-SANCHEZ, | 21 U.S.C. § 853(p) |
| | 28 U.S.C. § 2461(c) |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT ONE
(Attempted Enticement of a Minor)

On or about March 14, 2025, in the State and District of Minnesota, the defendant,

**ALEX MISAEL HUERTA-SANCHEZ**,

knowingly used the mail or any facility and means of interstate or foreign commerce to persuade, induce, entice, and coerce any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, and that, the defendant,

**ALEX MISAEL HUERTA-SANCHEZ**,

attempted to do so, all in violation of 18 U.S.C. § 2422(b).

SCANNED
APR 08 2025
U.S. DISTRICT COURT MPLS

## FORFEITURE ALLEGATIONS

Upon conviction of Count One of the Indictment,

ALEX MISAEL HUERTA-SANCHEZ

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a), any property, real or personal, used or intended to be used to commit or to facilitate the commission of Count One, and any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such violations, including but not limited to a Chrysler 200 bearing Minnesota license number BVZ031, $2,600 in U.S. currency, and an Android cellular telephone recovered by law enforcement on or about March 14, 2025.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____        _____
ACTING UNITED STATES ATTORNEY         FOREPERSON